**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-1079

EDWARD P. CRAIG, JR.,

Plaintiff - Appellant,

versus

INTERNAL REVENUE SERVICE; MARK W. EVERSON,
Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-03-908-A)

Submitted: March 25, 2004          Decided: April 1, 2004

Before TRAXLER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward P. Craig, Jr., Appellant Pro Se. Kenneth L. Greene, Karen
Deborah Utiger, UNITED STATES DEPARTMENT OF JUSTICE, Washington,
D.C.; Dennis Carl Barghaan, Jr., Assistant United States Attorney,
Alexandria, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward P. Craig, Jr., appeals from the district court's order dismissing his complaint in which he sought a refund of income taxes. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Craig v. Internal Rev. Serv., No. CA-03-908-A (E.D. Va. filed Dec. 23, 2003; entered Dec. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -